Missouri Court of Appeals,
Eastern District,
Division Three.

April 22, 2008.

as to require credit against a sentence under

Matthew Ward, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cory Lee Atkins, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J.,
CLIFFORD H. AHRENS, J. and
GLENN A. NORTON, J.

### *ORDER*

PER CURIAM.

John Nenninger appeals the judgment entered upon a jury verdict convicting him of forgery. We find that there was sufficient evidence from which a reasonable juror could have found the Appellant guilty beyond a reasonable doubt. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Jason R. JARVIS, Appellant.**

No. ED 89631.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 22, 2008.

§ 558.031.)

Kent Denzel, Columbia, MO, for Movant/Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for Respondent/Respondent.

Before MARY K. HOFF, P.J., SHERRI B. SULLIVAN, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Jason R. Jarvis (Appellant) appeals his convictions following a jury trial for forcible rape and second-degree domestic assault. We have reviewed the briefs of the parties and the record on appeal and conclude there is no error of law. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).